Jennifer R. Bergh, Esq.
Nevada Bar No.: 14480
The Law Offices of Michelle Ghidotti
8716 Spanish Ridge Ave., #115
Las Vegas, NV 89148
Phone: (949) 427-2010
Fax: (949) 427-2732
Email: jbergh@ghidottiberger.com

Attorney for Secured Creditor
US Bank Trust N.A., as Trustee
Of Bungalow Series F Trust
Its successors and assigns

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA, LAS VEGAS

| | |
|---|---|
| In re: | ) Case No. 13-18021-leb |
| | ) |
| Arcella Gonzalez, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| _____ | ) **MOTION TO REOPEN CASE** |
| US Bank Trust N.A., as Trustee | ) |
| Of Bungalow Series F Trust | ) (In re: 4496 Brush Avenue, Las Vegas, NV |
| Movant, | ) 89141) |
| v. | ) |
| | ) |
| Arcella Gonzalez, Debtor | ) |
| | ) |
| Respondents. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

1

US Bank Trust N.A., as Trustee Of Bungalow Series F Trust, its assignees and/or successors ("US Bank"), by and through its undersigned attorney, moves this Court to reopen this Case.

### BACKGROUND

1.  On or about September 19, 2013, Debtor filed a voluntary Chapter 11 Bankruptcy.

2.  On or about August 21, 2014 a plan was confirmed. The plan treatment included Creditor. The Plan imposed a cramdown effective May 1 2014. The new unpaid balance was $150,00 with a 5% interest rate and a maturity date of April 1 2043. $96,306.03 was to be treated as unsecured.

3.  An order granting the debtor's motion to close the case pending reopening at plan completion was granted On or about December 23, 2014 **See Exhibit "1".**

4.  At the time the case was closed debtor was current on their obligations to creditor.

5.  Subsequently debtor failed to make several post petition monthly mortgage payments. Debtor is currently post petition due for November 1, 2017 and all subsequent monthly mortgage payments **See Exhibit "2".**

### POINTS AND AUTHORITIES

Pursuant to §350(b) of the Bankruptcy Code, a bankruptcy can be reopened for cause. As this is discretionary, the decision should be based on the particular facts of the case and the equities of the case. *In re Apez Oil Co., Inc.,* 406 F3d 538,542 (8th Cir. 2005).

Bankruptcy courts have considerable leeway in "crafting relief from the automatic stay, including the power to grant retroactive relief from the stay." *In re Aheong,* 276 B.R. 233, 250 (9th Cr. BAP 2002) (quoting *In re Schwartz,* 954 F.2d 569, 572 (9th Cir. 1992)). Furthermore, in determining whether cause exists for annulling the automatic stay, the bankruptcy court may look

2

at balancing whether "the stay harms the creditor and lifting the stay will not unjustly harm the debtor or other creditors." *Id. (*quoting *In re John D. Murray and Bessie J. Murray,* 193 B.R. 20, 22 (1996 Bankr. Lexis 233)). The bankruptcy courts have the discretion to make this determination. *Id.*; see also *In re Kissinger,* 72 F.3d 107, 109 (9th Cir. 1995).

In this case, Debtor filed a petition under Chapter 11 in the District of Nevada on September 9 2013. When the case was closed, over a year later, a plan had been confirmed and debtor was current on their post-petition obligation to creditor. Creditor had no reason to object to the closing of the case.

As the matter currently stands, cause exists to re-open the case because debtor has not made post-petition payments in nearly a year. Additionally it is equitable to reopen the case to allow Movant to file a Motion for Relief from the Automatic Stay.  Movant cannot seek relief in another forum while the bankruptcy stay is in place. At the same time it cannot seek relief in the bankruptcy court while the case remains closed. Unless the case is reopened movant will be completely unable to enforce its security interest in the property. Movant should not be irreparably injured because of a normal part of a Ch 11 case (closing the case until plan completion) which was ordered 4 years ago under materially different circumstances.  Therefore, the case should be reopened to allow Movant to pursue the proper remedies.

////

////

////

WHEREFORE, US Bank Trust N.A., as Trustee Of Bungalow Series F Trust

Its successors and assigns respectfully move this Honorable Court for an entry of an Order:

3

1    1.    Vacating its Order closing case;

2    2.    Reopening the Case;

3

4

5    DATED:  January 4 2019

6                                                         GHIDOTTI BERGER

7

8                                                         By:    /s/  Jennifer R. Bergh
                                                              Jennifer R. Bergh, Esq.
9                                                             Attorney for:
                                                              US Bank Trust N.A., as Trustee
10                                                            Of Bungalow Series F Trust
                                                              Its successors and assigns
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

                                        4

# EXHIBIT "1"



_____
Honorable Laurel E. Davis
United States Bankruptcy Judge

Entered on Docket
December 23, 2014
_____

E FILED ON 12/23/14
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
tcrowe@thomascrowelaw.com
2830 S. Jones Blvd., Suite 3
Las Vegas, Nevada 89146
(702) 794-0373
Attorney for Debtor-in-possession
Nevada State Bar no. 3048

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S-13-18021-LED |
| ARCELIA GONZALEZ, | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | Date: 12/22/14 |
| | ) | Time: 9:30 a.m. |

## ORDER RE: MOTION TO CLOSE CHAPTER 11
## PROCEEDING PENDING REOPENING AT TIME OF
## COMPLETION OF PLAN

This matter having come on for hearing this 22nd day of December, 2014, THOMAS

E. CROWE, ESQ., on behalf of Debtor, having been present, proper notice having been given, and

upon the arguments of counsel, it is therefore ORDERED AND DECREED:

THAT  the Chapter 11 Bankruptcy proceeding of the Debtor herein is closed prior to

completing the Chapter 11 Plan payments.

IT IS FURTHER ORDERED AND DECREED THAT Debtor shall  reopen the case after completion of the Chapter 11 Plan payments to obtain a discharge.

IT IS FURTHER ORDERED AND DECREED THAT the Debtor shall pay all required fees to reopen the case.

IT IS FURTHER ORDERED AND DECRRED THAT upon entry of the order reopening Debtor's Chapter 11 proceeding, the Debtor shall file a **Certificate of Compliance with Conditions Related to Entry of Chapter 11 Individual Discharge Together With Notice Thereon** as required by Administrative Order 2011-03.

Submitted By:

THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION

By  /s/ THOMAS E. CROWE
   THOMAS E. CROWE, ESQ.
   2830 S. Jones Blvd.
   Suite 3
   Las Vegas, NV  89146
   Attorney for Debtor-in-possession

In Accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):
_____ The Court has waived the requirement set forth in LR 9021(b)(1).
xx\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.
_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:
_____I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

            By  /s/ THOMAS E. CROWE
            THOMAS E. CROWE, ESQ.

              ###

# EXHIBIT "2"


BSI Financial Services

| Payment Changes | | | | |
|---|---|---|---|---|
| Date | P&I | Escrow | Total | Notice Filed |
| 5/1/2014 | $789.03 | $422.60 | $1,211.63 | per plan |
| 3/1/2015 | $789.03 | $459.40 | $1,248.43 | |
| | | | | |
| | | | | |
| | | | | |

| Loan Information | |
|---|---|
| Loan # | --- |
| Borrower | Gonzalez |
| BK Case # | 13-18021 |
| Date Filed | 9/19/2013 |
| First Post Petition | |
| Due Date | 5/1/2014 |
| POC Covers | Cram down effective 5/1/14 - UPB at $150k @ 5.0% over 30 years, P&I 805.23 - T&I 422.60 - Maturity 4/1/43 - Unsecured amount $96,306.03 - Any pre confirmation payments need to be applied direct to Principal. |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/19/2014 | $435.37 | Adequate protection | | | $435.37 | | | $0.00 | | | $0.00 | $0.00 | |
| 1/31/2014 | $435.37 | Adequate protection | | | $435.37 | | | $0.00 | | | $0.00 | $0.00 | |
| 2/28/2014 | $425.67 | Adequate protection | | | $425.67 | | | $0.00 | | | $0.00 | $0.00 | |
| 3/3/2014 | $435.37 | Adequate protection | | | $435.37 | | | $0.00 | | | $0.00 | $0.00 | |
| 4/2/2014 | $861.04 | Adequate protection | | | $861.04 | | | $0.00 | | | $0.00 | $0.00 | |
| 4/30/2014 | $425.67 | Adequate protection | | | $425.67 | | | $0.00 | | | $0.00 | $0.00 | |
| 5/1/2014 | $435.37 | | | | $435.37 | $435.37 | | $435.37 | | | $0.00 | $0.00 | |
| 6/6/2014 | $833.83 | | | | $833.83 | $833.83 | | $1,269.20 | | | $0.00 | $0.00 | |
| 6/6/2014 | $422.60 | | | | $422.60 | $422.60 | | $1,691.80 | | | $0.00 | $0.00 | |
| 7/10/2014 | $435.37 | | | | $435.37 | $435.37 | | $2,127.17 | | | $0.00 | $0.00 | |
| 8/8/2014 | $870.74 | | | | $870.74 | $870.74 | | $2,997.91 | | | $0.00 | $0.00 | |
| 9/10/2014 | $435.37 | | | | $435.37 | $435.37 | | $3,433.28 | | | $0.00 | $0.00 | |
| 9/11/2014 | $422.60 | | | | $422.60 | $422.60 | | $3,855.88 | | | $0.00 | $0.00 | |
| 10/13/2014 | $421.72 | | | | $421.72 | $421.72 | | $4,277.60 | | | $0.00 | $0.00 | |
| 11/17/2014 | $843.44 | | | | $843.44 | $843.44 | | $5,121.04 | | | $0.00 | $0.00 | |
| 12/17/2014 | $421.72 | | | | $421.72 | $421.72 | | $5,542.76 | | | $0.00 | $0.00 | |
| 12/18/2014 | $422.60 | | | | $422.60 | $422.60 | | $5,965.36 | | | $0.00 | $0.00 | |
| 1/19/2015 | $843.44 | | | | $843.44 | $843.44 | | $6,808.80 | | | $0.00 | $0.00 | |
| 2/23/2015 | $421.76 | | | | $421.76 | $421.76 | | $7,230.56 | | | $0.00 | $0.00 | |
| 2/24/2015 | $422.60 | | | | $422.60 | $422.60 | | $7,653.16 | | | $0.00 | $0.00 | |
| 5/15/2017 | $23,293.45 | All pmts made to Seterus were reversed and placed into suspense then transferred to BSI | | | $23,293.45 | $23,293.45 | | $30,946.61 | | | $0.00 | $0.00 | |
| 5/15/2017 | | Funds applied direct to principal per the confirmed plan | | | | | $3,018.49 | $27,928.12 | | | $0.00 | $0.00 | |
| 5/15/2017 | | Cram down system changes completed | | | | | $2,359.86 | $25,568.26 | | | $0.00 | $0.00 | |
| 6/29/2017 | | 1/1/2015 | | $1,211.63 | -$1,211.63 | | $1,211.63 | $24,356.63 | | | $0.00 | $0.00 | |
| | | 2/1/2015 | | $1,211.63 | -$1,211.63 | | $1,211.63 | $23,145.00 | | | $0.00 | $0.00 | |
| | | 3/1/2015 | | $1,248.43 | -$1,248.43 | | $1,248.43 | $21,896.57 | | | $0.00 | $0.00 | |
| | | 4/1/2015 | | $1,248.43 | -$1,248.43 | | $1,248.43 | $20,648.14 | | | $0.00 | $0.00 | |
| | | 5/1/2015 | | $1,248.43 | -$1,248.43 | | $1,248.43 | $19,399.71 | | | $0.00 | $0.00 | |
| | | 6/1/2015 | | $1,248.43 | -$1,248.43 | | $1,248.43 | $18,151.28 | | | $0.00 | $0.00 | |
| | | 7/1/2015 | | $1,248.43 | -$1,248.43 | | $1,248.43 | $16,902.85 | | | $0.00 | $0.00 | |
| | | 8/1/2015 | | $1,248.43 | -$1,248.43 | | $1,248.43 | $15,654.42 | | | $0.00 | $0.00 | |
| | | 9/1/2015 | | $1,248.43 | -$1,248.43 | | $1,248.43 | $14,405.99 | | | $0.00 | $0.00 | |
| | | 10/1/2015 | | $1,248.43 | -$1,248.43 | | $1,248.43 | $13,157.56 | | | $0.00 | $0.00 | |
| | | 11/1/2015 | | $1,248.43 | -$1,248.43 | | $1,248.43 | $11,909.13 | | | $0.00 | $0.00 | |
| | | 12/1/2015 | | $1,248.43 | -$1,248.43 | | $1,248.43 | $10,660.70 | | | $0.00 | $0.00 | |
| | | 1/1/2016 | | $1,248.43 | -$1,248.43 | | $1,248.43 | $9,412.27 | | | $0.00 | $0.00 | |
| | | 2/1/2016 | | $1,248.43 | -$1,248.43 | | $1,248.43 | $8,163.84 | | | $0.00 | $0.00 | |
| | | 3/1/2016 | | $1,248.43 | -$1,248.43 | | $1,248.43 | $6,915.41 | | | $0.00 | $0.00 | |
| | | 4/1/2016 | | $1,248.43 | -$1,248.43 | | $1,248.43 | $5,666.98 | | | $0.00 | $0.00 | |
| | | 5/1/2016 | | $1,248.43 | -$1,248.43 | | $1,248.43 | $4,418.55 | | | $0.00 | $0.00 | |
| | | 6/1/2016 | | $1,248.43 | -$1,248.43 | | $1,248.43 | $3,170.12 | | | $0.00 | $0.00 | |
| | | 7/1/2016 | | $1,248.43 | -$1,248.43 | | $1,248.43 | $1,921.69 | | | $0.00 | $0.00 | |
| | | 8/1/2016 | | $1,248.43 | -$1,248.43 | | $1,248.43 | $673.26 | | | $0.00 | $0.00 | |
| 7/13/2017 | $1,264.63 | 9/1/2016 | | $1,248.43 | $16.20 | $16.20 | | $689.46 | | | $0.00 | $0.00 | |
| 7/24/2017 | $1,264.63 | 10/1/2016 | | $1,248.43 | $16.20 | $16.20 | | $705.66 | | | $0.00 | $0.00 | |
| 8/14/2017 | $1,264.63 | 11/1/2016 | | $1,248.43 | $16.20 | $16.20 | | $721.86 | | | $0.00 | $0.00 | |
| 9/22/2017 | $1,019.05 | 12/1/2016 | | $1,248.43 | -$229.38 | | $229.38 | $492.48 | | | $0.00 | $0.00 | |
| 10/27/2017 | $1,019.05 | | | | $1,019.05 | $1,019.05 | | $1,511.53 | | | $0.00 | $0.00 | |
| 12/6/2017 | $1,019.05 | 1/1/2017 | | $1,248.43 | -$229.38 | | $229.38 | $1,282.15 | | | $0.00 | $0.00 | |
| 12/13/2017 | $1,019.05 | 2/1/2017 | | $1,248.43 | -$229.38 | | $229.38 | $1,052.77 | | | $0.00 | $0.00 | |
| 1/26/2018 | $1,020.00 | Suspense | | | $1,020.00 | $1,020.00 | | $2,072.77 | | | $0.00 | $0.00 | |
| 2/2/2018 | | NSF Reversal | | | $0.00 | | $1,020.00 | $1,052.77 | | | $0.00 | $0.00 | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/27/2018 | $1,019.05 | 3/1/2017 | | $1,248.43 | -$229.38 | | $229.38 | $823.39 | | | $0.00 | $0.00 |
| 3/6/2018 | $1,019.05 | 4/1/2017 | | $1,248.43 | -$229.38 | | $229.38 | $594.01 | | | $0.00 | $0.00 |
| 4/17/2018 | $1,019.05 | Suspense | | | $1,019.05 | $1,019.05 | | $1,613.06 | | | $0.00 | $0.00 |
| 5/7/2018 | $1,019.05 | 5/1/2017 | | $1,248.43 | -$229.38 | | $229.38 | $1,383.68 | | | $0.00 | $0.00 |
| 5/7/2018 | | 5/2/2017 | | $1,249.43 | -$1,249.43 | | $1,249.43 | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 | |
| | | | | | $0.00 | | | $134.25 | | | $0.00 | $0.00 | |

Jennifer R. Bergh, Esq. (Bar No.: 14480)
GHIDOTTI BERGER
8716 Spanish Ridge Ave. #115
Las Vegas, Nevada 89148
Tel: (949) 427-2010
Fax: (949) 427-2732
Email: Jbergh@ghidottiberger.com

Attorneys for Creditor
US Bank Trust N.A., as Trustee Of Bungalow Series F Trust
Its successors and assigns

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA – LAS VEGAS DIVISION

| | |
|---|---|
| In Re:<br><br>ARCELIA GONZALEZ<br>        Debtors. | CASE NO.:  13-18021-leb<br><br>CHAPTER 11<br><br>**CERTIFICATE OF SERVICE** |

## <u>CERTIFICATE OF SERVICE</u>

    I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

    I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On January 8, 2019 I served the following documents described as:

- **MOTION TO REOPEN CASE**

on the interested parties in this action by  placing a true and correct copy thereof in a sealed

envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>ARCELIA GONZALEZ<br>3948 IRVIN AVENUE<br>LAS VEGAS, NV 89141<br><br>**Debtor's Counsel**<br>THOMAS E. CROWE<br>2830 S. JONES BLVD. # 3<br>LAS VEGAS, NV 89146 | **U.S. Trustee**<br>U.S. TRUSTEE - LV - 11<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101 |
|---|---|

_ xx _(By First  Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service  by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

_ xx _(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 8, 2019 at Santa Ana, California

*/s / Krystle Miller*
Krystle Miller

2

CERTIFICATE OF SERVICE