NVB 5075 (Rev. 12/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                               BK−13−18021−leb
ARCELIA GONZALEZ                 CHAPTER 11

                 Debtor(s)                 NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *131* – Motion to Reopen Chapter 11 Case . Fee Amount $1167. with Certificate of Service Filed by JENNIFER BERGH on behalf of US BANK TRUST N.A., AS TRUSTEE OF BUNGALOW SERIES F TRUST (BERGH, JENNIFER) |
| Filed On: | 1/8/19 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

*    PDF has a missing or incorrect debtors name. Please file an amended pleading or file in correct case immediately.
*    PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file in correct case immediately.

Dated: 1/9/19

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at http://www.nvb.uscourts.gov**