Allison Schmidt, Esq.
Nevada State Bar # 10743
GHIDOTTI BERGER, LLP
8716 Spanish Ridge Ave., #115
Las Vegas, NV 89148
Tel: (949) 427-2010
Fax: (949) 427-2732
Email: aschmidt@ghidottiberger.com

Attorney for Secured Creditor
US Bank Trust N.A., as Trustee of Bungalow Series F Trust, its successors and assigns

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA, LAS VEGAS

| | |
|---|---|
| In re: | CASE NO.: 13-18021-ABL |
| | Chapter 11 |
| ARCELIA GONZALEZ, | |
| | SUPPLEMENTAL DECLARATION IN |
| | SUPPORT OF MOTION FOR RELIEF |
| Debtor. | FROM STAY (11 U.S.C. *Section* 362 |
| | Bankruptcy Rule 4001) |

I, Raymond Valderrama            , declare and state as follows:

1.    I am over the age of eighteen years and not a party to this action.  The facts set for the below are known to me personally based upon the review of the business records and I have first-hand knowledge of them.  If called as a witness, I could and would testify competently under oath to such facts.

Supplemental Declaration RE Motion for Relief
Page 1

2.    I am a(n) Assistant Vice President    at BSI Financial Services ("Servicer") servicer for US Bank Trust N.A., as Trustee of Bungalow Series F Trust ("Movant") and am familiar with the subject Deed of Trust and loan in favor of Movant, and the subject Bankruptcy case.

3.    I am familiar with the manner and procedure by which the records of Movant are obtained, prepared, and maintained.  Those records are obtained, prepared, and maintained by employees or agents of Servicer in the performance of their regular business duties at or near the time, act, conditions, or events recorded thereon.  The records are made either by persons with knowledge of the matters they record or from information obtained by person with such knowledge. It is my business practice to maintain these records in the regular course of business.

4.    Servicer has been responsible for the handling of all matters relative to the underlying loan prior to the filing of the within motion, including but not limited to processing of all payments received, crediting of received payments, adding all proper charges to the loan, confirming the maintenance of hazard insurance and property taxes, property preservation where appropriate, communicating with and responding to the borrower on all matters relative to the loan, and the commencement of non-judicial foreclosure proceedings where appropriate.  All activities on the loan advanced by Servicer were advanced in accordance with the terms of the Note and Deed of Trust.

5.    The proof of payment documentation submitted by the Debtor in opposition to the pending motion for relief has been reviewed and all payments provided by Debtor within the documentation have been accounted for and applied as follows:

| Received date | Amount | Month Applied | Amount to P&I | Escrow | Suspense |
|---|---|---|---|---|---|
| 11/29/2018 | $1,019.05 | 05/01/2018 | $805.24 | $191.61 | $22.20 |
| 12/28/2018 | $1,019.05 | 06/01/2018 | $805.24 | $191.61 | $22.20 |
| 01/18/2019 | $1,019.05 | 07/01/2018 | $805.24 | $191.61 | $22.20 |
| 02/20/2019 | $1,019.99 | 08/01/2018 | $805.24 | $191.61 | $23.14 |
| 03/18/2019 | $1,019.99 | 09/01/2018 | $805.24 | $115.52 | $99.23 |

Supplemental Declaration RE Motion for Relief
Page 2

| | | | | | |
|---|---|---|---|---|---|
| 04/16/2019 | $1,100.00 | 10/01/2018 | $805.24 | $115.52 | $179.24 |
| 05/13/2019 | $1,100.00 | 11/01/2018 | $805.24 | $115.52 | $179.24 |
| 06/17/2019 | $1,100.00 | 12/01/2018 | $805.24 | $115.52 | $179.24 |
| 07/17/2019 | $1,100.00 | 01/01/2019 | $805.24 | $115.52 | $179.24 |
| 08/13/2019 | $1,100.00 | 02/01/2019 | $805.24 | $115.52 | $179.24 |
| 8/13/2019 | Suspense act. | 03/01/2019 | $805.24 | $115.52 | ($920.76) |
| 09/18/2019 | $1,099.99 | 04/01/2019 | $805.24 | $115.52 | $179.23 |
| 09/18/2019 | Suspsense act. | 05/01/20019 | $805.24 | $115.52 | ($920.76) |

6.      A true and correct copy of the post-petition payment history for the subject loan is attached hereto as **Exhibit A**.

7.      Consequently, Debtor is post-petition due for the June 1, 2019 payment as follows:

| | | | | |
|---|---|---|---|---|
| Monthly payments: (June 2019 – Oct. 2019) | 5 | at | $920.76 | $    4,603.80 |
| Bankruptcy Attorney Fee: | | | | $      850.00 |
| Bankruptcy Filing Fee: | | | | $      181.00 |
| LESS SUSPENSE | | | | $      (241.61) |
| **Total Delinquencies:** | | | | **$    5,393.19** |

///
///
///
///
///
///
///
///
///

Supplemental Declaration RE Motion for Relief
Page 3

1       8.     The next scheduled monthly payment of $920.76 is due 11/1/2019, and continuing

2  each month thereafter.  However, this amount may be subject to change pursuant to the terms of the

3  applicable loan documents.  Late charges will accrue if the payments are not received by the 15th of

4  the month.

5       I declare under penalty of perjury under the laws of the United States of America that the

6  foregoing is true and correct.

7  Executed on  10/9/19     (Date)    Irvine       (City),  CA   (State)

                                           Signature

                                      Raymond Valderrama

                                         Print Name

Supplemental Declaration RE Motion for Relief
Page 4

 BSI Financial Services

| Payment Changes | | | | |
|---|---|---|---|---|
| Date | P&I | Escrow | Total | Notice Filed |
| 5/1/2014 | $805.23 | $422.60 | $1,227.83 | Per Order |
| 5/1/2014 | $805.24 | $459.39 | $1,264.63 | |
| 7/1/2017 | $805.24 | $437.19 | $1,242.43 | |
| 9/1/2017 | $805.24 | $191.61 | $996.85 | |
| 9/1/2018 | $805.24 | $115.52 | $920.76 | |

| Loan Information | |
|---|---|
| Loan # | ▇▇▇▇ |
| Borrower | Gonzalez |
| BK Case # | 13-18021 |
| Date Filed | 9/19/2013 |
| First Post Petition | |
| Due Date | 5/1/2014 |
| POC Covers | |

Cram down effective 5/1/14 - UPB at $150k @ 5.0% over 30 years, P&I 805.23 - T&I 422.60 - Maturity 4/1/43 - Unsecured amount $96,306.03 - Any pre confirmation payments need to be applied direct to Principal.

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Missing Prior Servicer's Payment History from 9/19/13-1/6/14** | | | | | | | | | | | |
| 1/19/2014 | $435.37 | Adequate protection | | | $435.37 | $435.37 | | $435.37 | | | $0.00 | $0.00 | |
| 1/31/2014 | $435.37 | Adequate protection | | | $435.37 | $435.37 | | $870.74 | | | $0.00 | $0.00 | |
| 2/28/2014 | $425.67 | Adequate protection | | | $425.67 | $425.67 | | $1,296.41 | | | $0.00 | $0.00 | |
| 3/3/2014 | $435.37 | Adequate protection | | | $435.37 | $435.37 | | $1,731.78 | | | $0.00 | $0.00 | |
| 4/2/2014 | $861.04 | Adequate protection | | | $861.04 | $861.04 | | $2,592.82 | | | $0.00 | $0.00 | |
| 4/30/2014 | $425.67 | Adequate protection | | | $425.67 | $425.67 | | $3,018.49 | | | $0.00 | $0.00 | |
| 5/1/2014 | $435.37 | Suspense | | | $435.37 | $435.37 | | $3,453.86 | | | $0.00 | $0.00 | |
| 6/6/2014 | $833.83 | 5/1/2014 | | $1,227.83 | -$394.00 | | $394.00 | $3,059.86 | | | $0.00 | $0.00 | |
| 6/6/2014 | $422.60 | Suspense | | | $422.60 | $422.60 | | $3,482.46 | | | $0.00 | $0.00 | |
| 7/10/2014 | $435.37 | Suspense | | | $435.37 | $435.37 | | $3,917.83 | | | $0.00 | $0.00 | |
| 8/8/2014 | $870.74 | 6/1/2014 | | $1,227.83 | -$357.09 | | $357.09 | $3,560.74 | | | $0.00 | $0.00 | |
| 9/10/2014 | $435.37 | Suspense | | | $435.37 | $435.37 | | $3,996.11 | | | $0.00 | $0.00 | |
| 9/11/2014 | $422.60 | 7/1/2014 | | $1,227.83 | -$805.23 | | $805.23 | $3,190.88 | | | $0.00 | $0.00 | |
| 10/13/2014 | $421.72 | Suspense | | | $421.72 | $421.72 | | $3,612.60 | | | $0.00 | $0.00 | |
| 11/17/2014 | $843.44 | 8/1/2014 | | $1,227.83 | -$384.39 | | $384.39 | $3,228.21 | | | $0.00 | $0.00 | |
| 12/17/2014 | $421.72 | Suspense | | | $421.72 | $421.72 | | $3,649.93 | | | $0.00 | $0.00 | |
| 12/18/2014 | $422.60 | Suspense | | | $422.60 | $422.60 | | $4,072.53 | | | $0.00 | $0.00 | |
| 1/19/2015 | $843.44 | 9/1/2014 | | $1,227.83 | -$384.39 | | $384.39 | $3,688.14 | | | $0.00 | $0.00 | |
| 2/23/2015 | $421.76 | Suspense | | | $421.76 | $421.76 | | $4,109.90 | | | $0.00 | $0.00 | |
| 2/24/2015 | $422.60 | 10/1/2014 | | $1,227.83 | -$805.23 | | $805.23 | $3,304.67 | | | $0.00 | $0.00 | |
| 3/17/2015 | $2,455.66 | 11/1/2014 | | $1,227.83 | $1,227.83 | $1,227.83 | | $4,532.50 | | | $0.00 | $0.00 | |
| 3/17/2015 | | 12/1/2014 | | $1,227.83 | -$1,227.83 | | | $4,532.50 | | | $0.00 | $0.00 | |
| 4/16/2015 | $422.60 | 1/1/2015 | | $1,227.83 | -$805.23 | | $805.23 | $3,727.27 | | | $0.00 | $0.00 | |
| 5/15/2015 | $1,227.83 | 2/1/2015 | | $1,227.83 | $0.00 | | | $3,727.27 | | | $0.00 | $0.00 | |
| 6/16/2015 | $1,227.83 | 3/1/2015 | | $1,227.83 | $0.00 | | | $3,727.27 | | | $0.00 | $0.00 | |
| 7/16/2015 | $1,227.83 | 4/1/2015 | | $1,227.83 | $0.00 | | | $3,727.27 | | | $0.00 | $0.00 | |
| 8/17/2015 | $1,227.83 | 5/1/2015 | | $1,227.83 | $0.00 | | | $3,727.27 | | | $0.00 | $0.00 | |
| 9/21/2015 | $1,228.98 | 6/1/2015 | | $1,227.83 | $1.15 | $1.15 | | $3,728.42 | | | $0.00 | $0.00 | |
| 10/19/2015 | $1,228.98 | 7/1/2015 | | $1,227.83 | $1.15 | $1.15 | | $3,729.57 | | | $0.00 | $0.00 | |
| 11/19/2015 | $1,228.98 | 8/1/2015 | | $1,227.83 | $1.15 | $1.15 | | $3,730.72 | | | $0.00 | $0.00 | |
| 12/23/2015 | $1,228.98 | Suspense | | | $1,228.98 | $1,228.98 | | $4,959.70 | | | $0.00 | $0.00 | |
| 1/13/2016 | $1,228.98 | Suspense | | | $1,228.98 | $1,228.98 | | $6,188.68 | | | $0.00 | $0.00 | |
| 2/18/2016 | $1,228.98 | Suspense | | | $1,228.98 | $1,228.98 | | $7,417.66 | | | $0.00 | $0.00 | |
| 3/17/2016 | $1,228.98 | Suspense | | | $1,228.98 | $1,228.98 | | $8,646.64 | | | $0.00 | $0.00 | |
| 4/19/2016 | $1,228.98 | Suspense | | | $1,228.98 | $1,228.98 | | $9,875.62 | | | $0.00 | $0.00 | |
| 5/19/2016 | $1,228.98 | Suspense | | | $1,228.98 | $1,228.98 | | $11,104.60 | | | $0.00 | $0.00 | |
| 6/16/2016 | $1,228.98 | Suspense | | | $1,228.98 | $1,228.98 | | $12,333.58 | | | $0.00 | $0.00 | |
| 7/19/2016 | $1,228.98 | Suspense | | | $1,228.98 | $1,228.98 | | $13,562.56 | | | $0.00 | $0.00 | |
| 7/20/2016 | $1,081.52 | Suspense | | | $1,081.52 | $1,081.52 | | $14,644.08 | | | $0.00 | $0.00 | |
| 8/23/2016 | $1,228.28 | Suspense | | | $1,228.28 | $1,228.28 | | $15,872.36 | | | $0.00 | $0.00 | |
| 9/19/2016 | $1,228.28 | Suspense | | | $1,228.28 | $1,228.28 | | $17,100.64 | | | $0.00 | $0.00 | |
| 10/19/2016 | $1,228.28 | Suspense | | | $1,228.28 | $1,228.28 | | $18,328.92 | | | $0.00 | $0.00 | |
| 11/21/2016 | $1,228.28 | Suspense | | | $1,228.28 | $1,228.28 | | $19,557.20 | | | $0.00 | $0.00 | |
| 12/20/2016 | $1,228.28 | Suspense | | | $1,228.28 | $1,228.28 | | $20,785.48 | | | $0.00 | $0.00 | |
| 1/17/2017 | $1,228.28 | Suspense | | | $1,228.28 | $1,228.28 | | $22,013.76 | | | $0.00 | $0.00 | |
| 2/24/2017 | $1,228.28 | Suspense | | | $1,228.28 | $1,228.28 | | $23,242.04 | | | $0.00 | $0.00 | |
| 3/14/2017 | $1,228.28 | Suspense | | | $1,228.28 | $1,228.28 | | $24,470.32 | | | $0.00 | $0.00 | |
| 4/14/2017 | $1,228.28 | Suspense | | | $1,228.28 | $1,228.28 | | $25,698.60 | | | $0.00 | $0.00 | |
| 5/10/2017 | $1,228.28 | Suspense | | | $1,228.28 | $1,228.28 | | $26,926.88 | | | $23,908.39 | $0.00 | |
| 5/15/2017 | $23,293.45 | All pmts made to Seterus were reversed and placed into suspense then transferred to BSI | | | $23,293.45 | $23,293.45 | | $26,926.88 | | | $23,579.63 | $0.00 | |

| Date | Amount | Date / Note | | | | | Balance | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/15/2017 | | Funds applied direct to principal per the confirmed plan | | $0.00 | | $3,018.49 | $23,908.39 | | | $23,579.63 | $0.00 |
| 5/15/2017 | | 9/1/2015 | $1,227.83 | -$1,227.83 | | $1,227.83 | $22,680.56 | $20,561.14 | | | |
| 5/15/2017 | | 10/1/2015 | $1,227.83 | -$1,227.83 | | $1,227.83 | $21,452.73 | | | | |
| 5/15/2017 | | 11/1/2015 | $1,227.83 | -$1,227.83 | | $1,227.83 | $20,224.90 | | | | |
| 5/15/2017 | | 12/1/2015 | $1,227.83 | -$1,227.83 | | $1,227.83 | $18,997.07 | | | | |
| 5/15/2017 | | 1/1/2016 | $1,227.83 | -$1,227.83 | | $1,227.83 | $17,769.24 | | | | |
| 5/15/2017 | | 2/1/2016 | $1,227.83 | -$1,227.83 | | $1,227.83 | $16,541.41 | | | | |
| 5/15/2017 | | 3/1/2016 | $1,227.83 | -$1,227.83 | | $1,227.83 | $15,313.58 | | | | |
| 5/15/2017 | | 4/1/2016 | $1,227.83 | -$1,227.83 | | $1,227.83 | $14,085.75 | | | | |
| 5/15/2017 | | 5/1/2016 | $1,227.83 | -$1,227.83 | | $1,227.83 | $12,857.92 | | | | |
| 5/15/2017 | | 6/1/2016 | $1,227.83 | -$1,227.83 | | $1,227.83 | $11,630.09 | | | | |
| 5/15/2017 | | 7/1/2016 | $1,227.83 | -$1,227.83 | | $1,227.83 | $10,402.26 | | | | |
| 5/15/2017 | | 8/1/2016 | $1,227.83 | -$1,227.83 | | $1,227.83 | $9,174.43 | | | | |
| 5/15/2017 | | 9/1/2016 | $1,264.63 | -$1,264.63 | | $1,264.63 | $7,909.80 | | | | |
| 5/15/2017 | | 10/1/2016 | $1,264.63 | -$1,264.63 | | $1,264.63 | $6,645.17 | | | | |
| 5/15/2017 | | 11/1/2016 | $1,264.63 | -$1,264.63 | | $1,264.63 | $5,380.54 | | | | |
| 5/15/2017 | | 12/1/2016 | $1,264.63 | -$1,264.63 | | $1,264.63 | $4,115.91 | | | | |
| 5/15/2017 | | 1/1/2017 | $1,264.63 | -$1,264.63 | | $1,264.63 | $2,851.28 | | | | |
| 5/15/2017 | | 2/1/2017 | $1,264.63 | -$1,264.63 | | $1,264.63 | $1,586.65 | | | | |
| 5/15/2017 | | Cram down system changes completed. Due date adjusted to 9/1/16. | | | | $4,724.52 | $358.82 | | | $23,579.63 | $0.00 |
| 7/13/2017 | $1,264.63 | 3/1/2017 | $1,264.63 | $0.00 | | | $358.82 | | | $23,579.63 | $0.00 |
| 7/24/2017 | $1,264.63 | 4/1/2017 | $1,264.63 | $0.00 | | | $358.82 | | | $23,579.63 | $0.00 |
| 8/14/2017 | $1,264.63 | 5/1/2017 | $1,264.63 | $0.00 | | | $358.82 | | | $23,579.63 | $0.00 |
| 9/22/2017 | $1,019.05 | 6/1/2017 | $1,264.63 | -$245.58 | | $245.58 | $113.24 | | | $23,579.63 | $0.00 |
| 10/27/2017 | $1,019.05 | | | $1,019.05 | $1,019.05 | | $1,132.29 | | | $23,579.63 | $0.00 |
| 12/6/2017 | $1,019.05 | 7/1/2017 | $1,264.63 | -$245.58 | | $245.58 | $886.71 | | | $23,579.63 | $0.00 |
| 12/13/2017 | $1,019.05 | 8/1/2017 | $1,264.63 | -$245.58 | | $245.58 | $641.13 | | | $23,579.63 | $0.00 |
| 1/26/2018 | $1,020.00 | | | $1,020.00 | $1,020.00 | | $1,661.13 | | | $23,579.63 | $0.00 |
| 2/2/2018 | | NSF REVERSAL | | $0.00 | | $1,020.00 | $641.13 | | | $23,579.63 | $0.00 |
| 2/27/2018 | $1,019.05 | 9/1/2017 | $996.85 | $22.20 | $22.20 | | $663.33 | | | $23,579.63 | $0.00 |
| 3/6/2018 | $1,019.05 | 10/1/2017 | $996.85 | $22.20 | $22.20 | | $685.53 | | | $23,579.63 | $0.00 |
| 4/17/2018 | $1,019.05 | 11/1/2017 | $996.85 | $22.20 | $22.20 | | $707.73 | | | $23,579.63 | $0.00 |
| 5/7/2018 | $1,019.05 | 12/1/2017 | $996.85 | $22.20 | $22.20 | | $729.93 | | | $23,579.63 | $0.00 |
| 6/12/2018 | $1,019.05 | 1/1/2018 | $996.85 | $22.20 | $22.20 | | $752.13 | | | $23,579.63 | $0.00 |
| 8/22/2018 | $1,019.05 | 2/1/2018 | $996.85 | $22.20 | $22.20 | | $774.33 | | | $23,579.63 | $0.00 |
| 9/11/2018 | $1,019.05 | 3/1/2018 | $996.85 | $22.20 | $22.20 | | $796.53 | | | $23,579.63 | $0.00 |
| 10/16/2018 | $1,019.05 | 4/1/2018 | $996.85 | $22.20 | $22.20 | | $818.73 | | | $23,579.63 | $0.00 |
| 11/29/2018 | $1,019.05 | 5/1/2018 | $996.85 | $22.20 | $22.20 | | $840.93 | | | $23,579.63 | $0.00 |
| 12/28/2018 | $1,019.05 | 6/1/2018 | $996.85 | $22.20 | $22.20 | | $863.13 | | | $23,579.63 | $0.00 |
| 1/18/2019 | $1,019.05 | 7/1/2018 | $996.85 | $22.20 | $22.20 | | $885.33 | | | $23,579.63 | $0.00 |
| 2/20/2019 | $1,019.99 | 8/1/2018 | $996.85 | $23.14 | $23.14 | | $908.47 | | | $23,579.63 | $0.00 |
| 3/18/2019 | $1,019.99 | 9/1/2018 | $920.76 | $99.23 | $99.23 | | $1,007.70 | | | $23,579.63 | $0.00 |
| 4/16/2019 | $1,100.00 | 10/1/2018 | $920.76 | $179.24 | $179.24 | | $1,186.94 | | | $23,579.63 | $0.00 |
| 5/13/2019 | $1,100.00 | 11/1/2018 | $920.76 | $179.24 | $179.24 | | $1,366.18 | | | $23,579.63 | $0.00 |
| 6/17/2019 | $1,100.00 | 12/1/2018 | $920.76 | $179.24 | $179.24 | | $1,545.42 | | | $23,579.63 | $0.00 |
| 7/17/2019 | $1,100.00 | 1/1/2019 | $920.76 | $179.24 | $179.24 | | $1,724.66 | | | $23,579.63 | $0.00 |
| 8/13/2019 | $1,100.00 | 2/1/2019 | $920.76 | $179.24 | $179.24 | | $1,903.90 | | | $23,579.63 | $0.00 |
| 8/13/2019 | | 3/1/2019 | $920.76 | -$920.76 | | $920.76 | $983.14 | | | $23,579.63 | $0.00 |
| 9/18/2019 | $1,099.99 | 4/1/2019 | $920.76 | $179.23 | $179.23 | | $1,162.37 | | | $23,579.63 | $0.00 |
| 9/18/2019 | | 5/1/2019 | $920.76 | -$920.76 | | $920.76 | $241.61 | | | $23,579.63 | $0.00 |
| | | | | $0.00 | | | $241.61 | | | $23,579.63 | $0.00 |
| | | | | $0.00 | | | $241.61 | | | $23,579.63 | $0.00 |
| | | | | $0.00 | | | $241.61 | | | $23,579.63 | $0.00 |
| | | | | $0.00 | | | $241.61 | | | $23,579.63 | $0.00 |
| | | | | $0.00 | | | $241.61 | | | $23,579.63 | $0.00 |
| | | | | $0.00 | | | $241.61 | | | $23,579.63 | $0.00 |
| | | | | $0.00 | | | $241.61 | | | $23,579.63 | $0.00 |
| | | | | $0.00 | | | $241.61 | | | $23,579.63 | $0.00 |
| | | | | $0.00 | | | $241.61 | | | $23,579.63 | $0.00 |
| | | | | $0.00 | | | $241.61 | | | $23,579.63 | $0.00 |
| | | | | $0.00 | | | $241.61 | | | $23,579.63 | $0.00 |
| | | | | $0.00 | | | $241.61 | | | $23,579.63 | $0.00 |
| | | | | $0.00 | | | $241.61 | | | $23,579.63 | $0.00 |
| | | | | $0.00 | | | $241.61 | | | $23,579.63 | $0.00 |
| | | | | $0.00 | | | $241.61 | | | $23,579.63 | $0.00 |
| | | | | $0.00 | | | $241.61 | | | $23,579.63 | $0.00 |
| | | | | $0.00 | | | $241.61 | | | $23,579.63 | $0.00 |
| | | | | $0.00 | | | $241.61 | | | $23,579.63 | $0.00 |

| | | | | | $0.00 | | | $241.61 | | $23,579.63 | $0.00 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $0.00 | | | $241.61 | | $23,579.63 | $0.00 | |
| | | | | | $0.00 | | | $241.61 | | $23,579.63 | $0.00 | |
| | | | | | $0.00 | | | $241.61 | | $23,579.63 | $0.00 | |
| | | | | | $0.00 | | | $241.61 | | $23,579.63 | $0.00 | |
| | | | | | $0.00 | | | $241.61 | | $23,579.63 | $0.00 | |
| | | | | | $0.00 | | | $241.61 | | $23,579.63 | $0.00 | |
| | | | | | $0.00 | | | $241.61 | | $23,579.63 | $0.00 | |
| | | | | | $0.00 | | | $241.61 | | $23,579.63 | $0.00 | |
| | | | | | $0.00 | | | $241.61 | | $23,579.63 | $0.00 | |
| | | | | | $0.00 | | | $241.61 | | $23,579.63 | $0.00 | |
| | | | | | $0.00 | | | $241.61 | | $23,579.63 | $0.00 | |
| | | | | | $0.00 | | | $241.61 | | $23,579.63 | $0.00 | |
| | | | | | $0.00 | | | $241.61 | | $23,579.63 | $0.00 | |
| | | | | | $0.00 | | | $241.61 | | $23,579.63 | $0.00 | |
| | | | | | $0.00 | | | $241.61 | | $23,579.63 | $0.00 | |
| | | | | | $0.00 | | | $241.61 | | $23,579.63 | $0.00 | |
| | | | | | $0.00 | | | $241.61 | | $23,579.63 | $0.00 | |
| | | | | | $0.00 | | | $241.61 | | $23,579.63 | $0.00 | |
| | | | | | $0.00 | | | $241.61 | | $23,579.63 | $0.00 | |
| | | | | | $0.00 | | | $241.61 | | $23,579.63 | $0.00 | |
| | | | | | $0.00 | | | $241.61 | | $23,579.63 | $0.00 | |
| | | | | | $0.00 | | | $241.61 | | $23,579.63 | $0.00 | |

## CERTIFICATE OF SERVICE

On October 9/2019, I served the foregoing documents described as

_SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM

STAY on the following individuals by electronic means thorugh the Court's ECF program:

COUNSEL FOR DEBTOR          US TRUSTEE
Thomas E. Crowe            US TRUSTEE LV 11
tcrowe@thomascrowelaw.com  USTPRegion17.lv.ecf@usdoj.gov

**I declare under penalty of perjury under the laws of the United States of America**

**that the foregoing is true and correct.**

/s/ Maben May
Maben May

On October 9, 2019, I served the foregoing documents described as SUPPLEMENTAL

DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY on the following

individuals by depositing true copies thereof in the United States mail at Santa Ana, California

enclosed in a sealed envelope, with postage paid, addressed as follows:

**Attached Mailing Matrix**

**I declare under penalty of perjury under the laws of the United States of America**

**that the foregoing is true and correct.**

/s/ Angelica Reyes
Angelica Reyes

1